IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MATTHEW KALEBAUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Case No. |
| vs. | ) |
| | ) |
| COHEN, McNEILE & PAPPAS, P.C., | ) |
| | ) |
| Defendant | ) |

**NOTICE OF REMOVAL**

TO:  Clerk of the U.S. District Court:

Please take notice that the defendant hereby removes to this Court the state action described below.

1. On January 21, 2014, an action was commenced in the District Court of Wyandotte County, Kansas, entitled Matthew Kalebaugh, Plaintiff, vs. Cohen, McNeile and Pappas, P.C., Defendant, Case Number 14LM2209.

2. Defendant Cohen, McNeile and Pappas, P.C., was served with summons on February 28, 2014, and received a copy of the plaintiff's petition on February 28, 2014. Defendant had no prior notice of the lawsuit. This Notice of Removal is timely.

3. A copy of the docket sheet, all process, pleadings and orders from the state court action will be filed within 21 days pursuant to L.R. 81.2.

4. A copy of the state court petition is attached as Exhibit "A."

5. This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it asserts claims based upon federal statutes. In

particular, the plaintiffs have asserted a count that seeks recovery under federal statutes; specifically 15 U.S.C. §1692, et seq.

6. Defendant designates Kansas City, Kansas as the place of trial.

WHEREFORE, defendant Cohen, McNeile & Pappas, P.C. respectfully prays that this action be removed to the United States District Court for the District of Kansas.

Respectfully Submitted,

Martin, Pringle, Oliver, Wallace & Bauer, L.L.P.

/s/ David E. Larson
David E. Larson                KS Federal #70716
Kate B. McKinney               KS #19691
6900 College Blvd., Ste. 700
Overland Park, KS  66211
Phone:  (913) 491-5500
Fax:  (913) 491-3341
delarson@martinpringle.com
kbmckinney@martinpringle.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 22nd day of May, 2014 via the United Stated Postal Service on:

A.J. Stecklein
Michael Rapp
Consumer Legal Clinic, LLC
748 Anne Avenue
Kansas City, KS  66101

/s/ David E. Larson
David E. Larson