UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MATTHEW KALEBAUGH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.: 14-CV-02238 JTM/GLR |
| ) | |
| ) | |
| COHEN, McNEILE & PAPPAS, P.C. ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, through their counsel, have stipulated and agreed that this action should be dismissed with prejudice, with each party to bear their own costs.

IT IS THEREFORE ORDERED that the above-captioned action be and is hereby dismissed with prejudice, with each party to bear their own costs.

IT IS SO ORDERED this 21st day of January, 2015.

      s/ J. Thomas Marten
The Honorable J. Thomas Marten
Chief United States District Judge

APPROVED AND SUBMITTED BY:

CONSUMER LEGAL CLINIC LLC


By: s/A.J. Stecklein_____
A.J. Stecklein #16330
Michael H. Rapp #25702
748 Ann Avenue
Kansas City, Kansas 66101
Telephone:  913-371-0727
Facsimile:  913-371-0147
Email:  AJ@KCconsumerlawyer.com
           MR@KCconsumerlawyer.com
Attorneys for Plaintiff


MARTIN, PRINGLE, OLIVER,
   WALLACE & BAUER LLP

By: s/David E. Larson_____
David E. Larson KS Fed Bar#70716
Matthew T. Kincaid #25542
6900 College Boulevard, Suite 700
Overland Park, Kansas 66211
Telephone:  913-491-5500
Facsimile:  913-491-3341
Email:  delarson@martinpringle.com
           mtkincaid@martinpringle.com
Attorneys for Defendant